1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    DEXTER S. C. FARLOUGH,                CASE NO. 1:07-cv-00970-LJO-GSA PC

10                 Plaintiff,         ORDER STRIKING UNSIGNED MOTION
FOR ENTRY OF DEFAULT

11      v.

12    LT. GARCIA, et al.,                 (Doc. 9)

13                Defendants.

14    _____/

15       Plaintiff Dexter S. C. Farlough ("plaintiff") is a state prisoner proceeding pro se and in forma

16 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 1, 2007, plaintiff

17 filed a motion for entry of default.  All documents submitted for filing must include the original

18 signature of the filing party.  Local Rule 7-131; Fed. R. Civ. P. 11(a).  Plaintiff's motion was not

19 signed and is HEREBY ORDERED STRICKEN from the record.

20
21
22      IT IS SO ORDERED.

23    **Dated:**    **April 2, 2008**        **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1