# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER S. C. FARLOUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>LT. GARCIA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00970-LJO-GSA PC<br><br>ORDER DENYING MOTION TO COMPEL AS PREMATURE<br><br>(Doc. 16) |

    Plaintiff Dexter S. C. Farlough ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2008, Plaintiff filed a motion to compel a response to his request for the production of documents.

    At this stage in the proceedings, Plaintiff may not engage in any discovery. Plaintiff is directed to re-read the First Informational Order, filed July 11, 2007, at paragraph 8, and his motion to compel is HEREBY DENIED as premature.

IT IS SO ORDERED.

    Dated:   **June 11, 2008**            /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE